UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| WHITE OAK MEDICAL TRANSPORT RICHARD WHITE; and, JANET WHITE, | ) ) ) ) | No. 2:13-CV-7-FL |
| Defendants. | ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered February 25, 2013, that judgment is entered in favor of plaintiff who shall have and recover from defendants White Oak Medical Transport, Richard White, and Janet White the amount of Two Hundred Seventy-Five Thousand and no/100 Dollars ($275,000.00) plus interest at a rate of 4% or the Medicare Trust Fund Rate (whichever is higher), and future costs.

**This Judgment Filed and Entered on February 25, 2013, and Copies To:**

Neal Fowler (via CM/ECF Notice of Electronic Filing)
Douglas E. Kingsbery (via CM/ECF Notice of Electronic Filing)

February 25, 2013        JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                         (By) Christa N. Baker, Deputy Clerk